IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD. and INTERSPORT CORP. d/b/a WHAM-O,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No. 1:21-cv-00320 |

**UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Shanghai All For Paws Co., Ltd. ("Defendant") respectfully moves to extend the deadline to answer or otherwise respond to Plaintiff's complaint until April 19, 2021. Both Plaintiff and Defendant consent to this request. As grounds for this request, Defendants state:

1. Plaintiff filed this lawsuit on January 20, 2021. Dkt. No. 1.

2. On February 12, 2021, Plaintiff filed a declaration of service in which is stated that it accomplished service on Defendant by email and electronic publication. Dkt. No. 26.

3. Defendant, a foreign corporation, did not initially appreciate the significance of Plaintiff's email ostensibly effecting service. Email service is not the normal and customary method of effecting service of process, and Defendant was not initially aware that Plaintiff's email constituted effective service in this lawsuit. Once Defendant appreciated the significance of Plaintiff's email service in this lawsuit, it engaged U.S. counsel.

4. Defendant recently engaged U.S. counsel and has since been engaged in discussion with Plaintiffs. Defendant requests the extension so that it may more fully evaluate the claims in this action, to prepare its responsive pleading, and explore potential settlement with Plaintiff. Plaintiff has agreed to the requested extension and does not oppose this motion for an extension of time to answer or otherwise plead.

5. This request is made in the interests of justice and not for the purpose of delay. This is the first motion for extension of time filed by Defendant.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and extend the deadline to answer or otherwise respond to the complaint until April 19, 2021 and that no default judgment be entered against Defendant.

Dated: March 25, 2021

SHANGHAI ALL FOR PAWS CO., LTD.

By: /s/ Robert D. Leighton

Robert D. Leighton
GOLDBERG KOHN, LTD.
55 East Monroe, Suite 3300
Chicago, Illinois 60603
312-201-4000
robert.leighton@goldbergkohn.com

Of Counsel:

William D. Schultz (*pro hac vice* to be filed)
Michael Erbele (*pro hac vice* to be filed)
MERCHANT & GOULD P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN 55402
(612) 336-4677
WSchultz@merchantgould.com
MErbele@MerchantGould.com

**CERTIFICATE OF SERVICE**

This is to certify that on March 25, 2021, I served the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ Robert D. Leighton