

**FILED**

AUG 13 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

312-435-5670



**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**
**Clerk**

|  |  |
|---|---|
| Wham-O Holding, Ltd. <br> v. <br><br> The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations as Identified on Schedule A | ) ) ) ) ) ) ) ) ) ) |

USDC Case Number: 1:21-cv-00320

Judge: Honorable Robert M. Dow, Jr

## Notice of Removal of Material
## from the Custody of the Clerk's Office

The following item(s) are hereby removed from the custody of the Clerk's Office by the undersigned who is representing the Plaintiff, Wham-O Holding, Ltd.

| 02/02/2021 | view21 | BOND on Injunction in the amount of $ 10,000.00 posted by WHAM-O HOLDING, LTD. (Document not imaged) (td, ) (Entered: 02/03/2021) |
|---|---|---|

I, Cameron McIntyre, am authorized to remove the above-described documents from the court.

Signature: _____

Firm:  Jiangip

By: N. Finley
    /s/ Deputy Clerk

Date: 8/13/26

Rev. 09/23/2016